**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
YVONNE EGUIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE EGUIA, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendant(s). | Case No.: 2:17-cv-9025 <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, YVONNE EGUIA ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

- 1 -

VOLUNTARY DISMISSAL

|   |   |
|---|---|
|   | RESPECTFULLY SUBMITTED, |
| Dated: February 23, 2018 | **MARTIN & BONTRAGER, APC** |
|   |   |
|   | By: /s/ G. Thomas Martin, III |
|   | G. Thomas Martin, III<br>*Attorney for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.